IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| WILLIAM WELCH ESTATE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:09CV00354 SWW |
| | * | |
| PRINCIPAL LIFE INSURANCE COMPANY and THELMA NELSON, | * * | |
| | * | |
| | * | |
| Defendants. | * | |

**Order**

The funds deposited by Principal Life Insurance Company into the registry of the Court are to be invested in an interest-bearing account.

SO ORDERED this 4TH day of June, 2010.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE