# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WILLIAM WELCH ESTATE

vs.                              No.  5:09CV00354 SWW

PRINCIPAL LIFE INSURANCE COMPANY, ET AL

### ORDER

It has come to the Court's attention that the scheduling order entered on January 7, 2010, [doc #5] was issued in error and is hereby rescinded.

IT IS SO ORDERED this 9th day of July 2010.

/s/Susan Webber Wright
United States District Judge