IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| WILLIAM WELCH ESTATE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:09CV00354 SWW |
| | * | |
| PRINCIPAL LIFE INSURANCE COMPANY and THELMA NELSON, | * * * * | |
| Defendants. | * | |

**Order**

It has come to the Court's attention that separate defendant Thelma Nelson has failed to file an answer or otherwise respond to the complaint. The plaintiff is ordered to file proof of service on Thelma Nelson within seven (7) days from the date of entry of this Order.

DATED this 21st day of July, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE